UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMES SILCOX AND JANET SILCOX,          :

                Plaintiffs,             :    Civil Action
                                             No. 04-11848-DPW
        v.                              :

INTERSTATE BRANDS CORPORATION,          :

                Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Interstate Brands Corporation in the above-captioned action.

Dated: October 1, 2004          Respectfully submitted,
       Boston, Massachusetts

                                /s/   James R. Carroll
                                James R. Carroll (BBO #554426)
                                Christopher S. Fortier (BBO #651054)
                                SKADDEN, ARPS, SLATE,
                                   MEAGHER & FLOM LLP
                                One Beacon Street
                                Boston, Massachusetts 02108
                                (617) 573-4800

                                Counsel for Defendant
                                Interstate Brands Corporation

### Certificate Of Service

I, Christopher S. Fortier, hereby certify that on October 1, 2004, I caused a true copy of the foregoing Notice Of Appearance to be served by first-class mail, postage prepaid, upon David S. Slutsky, Esq., Slutsky & Slutsky, 450 Pleasant Street, Suite 6, Brockton, Massachusetts 02301.

Dated: October 1, 2004          /s/   Christopher S. Fortier
                                Christopher S. Fortier