UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
JAMES SILCOX AND JANET SILCOX,       :
                                     :
                 Plaintiffs,         :    Civil Action
                                          No. 04-11848-DPW
           v.                        :
                                     :
INTERSTATE BRANDS CORPORATION,       :
                                     :
                 Defendant.          :
------------------------------------ x
```

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT INTERSTATE BRANDS CORPORATION**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Interstate Brands Corporation hereby submits the following corporate disclosure statement:

Interstate Brands Corporation ("IBC") is a wholly-owned subsidiary of Interstate Bakeries Corporation.  Interstate Bakeries Corporation is the parent company of IBC, and other than Interstate Bakeries Corporation, there is no publicly held corporation that owns 10% or more of IBC's stock.

Dated:  October 1, 2004  
       Boston, Massachusetts

Respectfully submitted,

/s/   James R. Carroll
James R. Carroll (BBO #554426)
Christopher S. Fortier (BBO #651054)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Interstate Brands Corporation

Certificate Of Service

    I, Christopher S. Fortier, hereby certify that on October 1, 2004, I caused a true copy of the foregoing Corporate Disclosure Statement Of Defendant Interstate Brands Corporation to be served by first-class mail, postage prepaid, upon David S. Slutsky, Esq., Slutsky & Slutsky, 450 Pleasant Street, Suite 6, Brockton, Massachusetts 02301.

Dated:  October 1, 2004

/s/   Christopher S. Fortier
Christopher S. Fortier