UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMES SILCOX AND JANET SILCOX,                  :

                Plaintiffs,          :       Civil Action
                                                                                                                                                                         No. 04-11848-DPW
      v.                                                :

INTERSTATE BRANDS CORPORATION,      :

                Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT'S SUGGESTION OF BANKRUPTCY
AND NOTICE OF OPERATION OF AUTOMATIC STAY**

      PLEASE BE ADVISED that on September 22, 2004, Interstate Brands Corporation (the "Debtor"), defendant in this action, filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of Missouri (the "Bankruptcy Court"), Case No. 04-45816 (JWV) (Jointly Administered).  As a result of the filing, any further action against the Debtor is stayed under section 362(a) of the Bankruptcy Code.

      PLEASE BE FURTHER ADVISED that any action taken against the Debtor or its property without <u>first</u> obtaining relief from the automatic stay from the Bankruptcy Court may be subject to findings of contempt and the assessment by the Bankruptcy Court of penalties, fines, and/or sanction, as may be appropriate.

Dated: October 1, 2004                     Respectfully submitted,
      Boston, Massachusetts

                                        /s/   James R. Carroll
                                        James R. Carroll (BBO #554426)
                                        Christopher S. Fortier (BBO #651054)
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        One Beacon Street
                                        Boston, Massachusetts 02108
                                        (617) 573-4800

                                        Counsel for Defendant
                                        Interstate Brands Corporation

<u>Certificate Of Service</u>

      I, Christopher S. Fortier, hereby certify that on October 1, 2004, I caused a true copy of the foregoing Defendant's Suggestion Of Bankruptcy And Notice Of Operation Of Automatic Stay to be served by first class mail, postage prepaid, upon David S. Slutsky, Esq., Slutsky & Slutsky, 450 Pleasant Street, Suite 6, Brockton, Massachusetts 02301.

Dated:  October 1, 2004                    /s/   Christopher S. Fortier
                                        Christopher S. Fortier