UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES SILCOX AND JANET SILCOX,                    :

                     Plaintiffs,       :       Civil Action
                                             No. 04-11848-DPW

        v.                                            :

INTERSTATE BRANDS CORPORATION,             :

                     Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION PURSUANT TO LOCAL RULE 83.5.3(b)
## FOR PERMISSION TO PRACTICE BEFORE THIS COURT

Upon the annexed Certificate and Affidavit of Good Standing of Scott C. Hecht (Exhibit A hereto), I, James R. Carroll, a member of the Bar of this Court, and one of the attorneys for Defendant Interstate Brands Corporation, hereby move this Court to admit Scott C. Hecht to practice before this Court for the purpose of this case as counsel for Defendant Interstate Brands Corporation, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts.

Dated: October 1, 2004                    Respectfully submitted,
     Boston, Massachusetts


/s/   James R. Carroll
James R. Carroll (BBO #554426)
Christopher S. Fortier (BBO #651054)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Interstate Brands Corporation

<u>Certificate Of Service</u>

     I, Christopher S. Fortier, hereby certify that on October 1, 2004, I caused a true copy of the foregoing Motion Pursuant To Local Rule 83.5.3(b) For Permission To Practice Before This Court to be served by first-class mail, postage prepaid, upon David S. Slutsky, Esq., Slutsky & Slutsky, 450 Pleasant Street, Suite 6, Brockton, Massachusetts 02301.

Dated:  October 1, 2004                    /s/   Christopher S. Fortier
                                       Christopher S. Fortier