UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
JAMES SILCOX AND JANET SILCOX,        :

               Plaintiffs,         :   Civil Action
                                                                                                               No. 04-11848-DPW

    v.                                   :

INTERSTATE BRANDS CORPORATION,        :

               Defendant.          :
------------------------------------- x

**CERTIFICATE AND AFFIDAVIT OF**
**GOOD STANDING OF SCOTT C. HECHT**

STATE OF MISSOURI          )
                                  ) ss:
JACKSON COUNTY             )

      SCOTT C. HECHT, being duly sworn, deposes and certifies that he is a member in good standing of the bar of every jurisdiction wherein he has been admitted, including the following:

      1.      States of Kansas and Missouri;

      2.      United States District Courts for the District of Kansas and the Western District of Missouri; and

      3.      United States Court of Appeals for the Seventh, Eighth and Tenth Circuits.

      Affiant further says and certifies that there are no disciplinary proceedings pending against him, and that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: September 30, 2004
      Kansas City, Missouri

/s/ Scott C. Hecht
Scott C. Hecht
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106
(816) 842-8600

Subscribed and sworn to before me this 30th day of September, 2004.

_____
Notary Public

My Commission expires:

> **CHERI DIAZ**
> Notary Public - Notary Seal
> State of Missouri
> County of Jackson
> My Commission Exp. 11/02/2005

2