UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES SILCOX, ET AL.,
    Plaintiffs

CIVIL ACTION NO. 04-11848-DPW

v.

INTERSTATE BRANDS CORPORATION,
  Defendant,

## **PROCEDURAL ORDER FOR ADMINISTRATIVE CLOSING OF CASE**

WOODLOCK, District Judge

    A Suggestion of bankruptcy by Defendant was filed with this Court on September 30, 2004.

    Accordingly, it is hereby ORDERED that the above-entitled action be, and it hereby is, administratively closed without prejudice to any party moving to restore it to the docket if any further action is required as a result of action in the bankruptcy proceedings.

    The scheduling conference previously set of October 19, 2004 is CANCELED in view of this Order.

DATED:  October 5, 2004                                          BY THE COURT,
                                                                                 /s/ Rebecca Greenberg
                                                                                  Deputy Clerk